FILED
2019 Sep-16  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| LEONID DANILENKO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.:  4:19-cv-01132-LSC-JHE |
| | ) | |
| WILLIAM P. BARR, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## DISMISSAL ORDER

On August 27, 2019, the magistrate judge entered an order directing Petitioner Leonid Danilenko to indicate which of two pending habeas petitions he intends to pursue – this one or an earlier-filed and fully-briefed §2241 habeas petition in the Middle District of Georgia.  (Doc. 8).

Danilenko has filed two motions to withdraw his habeas petition in this Court, stating he intends to pursue his pending petition in Georgia.  (Docs. 9 & 10).  According, Danilenko's motions are **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

Costs taxed as paid.

**DONE** AND **ORDERED** ON SEPTEMBER 16, 2019.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704

1